## JANCIS L. FULLER *v.* COMMISSIONER OF CORRECTION

The petitioner Jancis L. Fuller's petition for certification for appeal from the Appellate Court, 75 Conn. App. 814 (AC 22522), is denied.

*Jancis L. Fuller*, pro se, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided May 15, 2003

## STATE OF CONNECTICUT *v.* GINO GENTILE

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 839 (AC 23064), is denied.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided May 15, 2003